**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| TRISH PREHAY,<br><br>    Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No.: 0:24-cv-60462<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

    Plaintiff, by and through undersigned counsel, hereby responds to the Order to Show Cause dated May 10, 2024. Plaintiff has reached a settlement in the above-referenced matter with Experian Information Solutions, Inc. ("Experian"). Plaintiff and Experian are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Experian will be finalized within the next sixty (60) days. Plaintiff's claims against LVNV Funding, LLC remain pending.

Dated: May 16, 2024

                                                           */s/ Trescot Gear*
                                                           Gear Law, LLC
                                                           1405 W. Swann Ave.
                                                           Tampa, FL 33606

                                                           Mailing Address:
                                                           McCarthy Law, PLC
                                                           4250 North Drinkwater Blvd, Suite 320
                                                           Scottsdale, AZ  85251
                                                           Telephone: (602) 456-8900
                                                           Fax: (602) 218-4447
                                                           Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Trescot Gear*