**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| TRISH PREHAY,<br><br>    Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No.: 0:24-cv-60462-WPD<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT LVNV FUNDING, LLC** |

    Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with LVNV Funding, LLC ("LVNV"). Plaintiff and LVNV are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against LVNV will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

    Dated: June 7, 2024

/s/ Trescot Gear
Gear Law, LLC
1405 W. Swann Ave.
Tampa, FL 33606

Mailing Address:
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Trescot Gear*