**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| TRISH PREHAY,<br><br>    Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No.: 0:24-cv-60462-WPD<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Experian Information Solutions, Inc. may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against LVNV Funding, LLC remain pending.

    Dated: June 7, 2024

                                                */s/ Trescot Gear*
                                               Gear Law, LLC
                                               1405 W. Swann Ave.
                                               Tampa, FL 33606

                                               Mailing Address:
                                               McCarthy Law, PLC
                                               4250 North Drinkwater Blvd, Suite 320
                                               Scottsdale, AZ  85251
                                               Telephone: (602) 456-8900
                                               Fax: (602) 218-4447
                                               Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Trescot Gear*